UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZIE P. SCOTT,

      Plaintiff,

  -against-

DONALD TRUMP

      Defendant.

24-cv-9067 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 27, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 3, 2025
    New York, New York

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          Chief United States District Judge